# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON A. RENTERIA, ) | 1:07-cv-00161-AWI-TAG-HC |
| ) | |
| Petitioner, ) | |
| ) | ORDER GRANTING IN FORMA PAUPERIS |
| v. ) | STATUS |
| ) | |
| B. CURRY, ) | |
| ) | |
| Respondent. ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:  **March 20, 2007**                     **/s/ Theresa A. Goldner**
**j6eb3d**                                         UNITED STATES MAGISTRATE JUDGE