IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON A. RENTERIA , <br><br>                             Petitioner, <br><br>           v. <br><br> B. CURRY, <br><br>                             Respondent. | 1:07-cv-0161 AWI TAG (HC) <br><br> ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE <br><br> (Doc. 20) |

    Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 25, 2008, Respondent filed the instant motion for an extension of time to file a response to the petition.  (Doc. 20).  Pursuant to the Court's orders, Respondent's answer to the petition was due on November 20, 2008.  As grounds for the motion, Responent's counsel contends, among other things, that he has been working on this matter simultaneously with several other matters, suffered health problems that left him unable to work for a period of time, and did not realize until November 21, 2008, that the deadline to respond to the petition had expired. The Court has read and considered Respondent's motion and finds that Respondent has established excusable neglect as the reason for failing to respond to the petition within the specified time, and finds that good cause has been shown to grant an extension of time.  Accordingly, the Court makes the following orders:

    1.  Respondent's request for an extenstion of time (Doc. 20), is GRANTED;

    2.  Respondent shall have to and including November 25, 2008 to file an answer to the petition; and

    3.  Respondent's answer filed on November 25, 2008 (Doc. 21) is deemed timely filed.

IT IS SO ORDERED.

Dated:   **November 25, 2008**                             **/s/ Theresa A. Goldner**
                                                                    UNITED STATES MAGISTRATE JUDGE