UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON A. RENTERIA,<br><br>  Petitioner,<br><br>  vs.<br><br>B. CURRY,<br><br>  Respondent.<br>_____/ | 1:07-cv-00161-AWI-TAG  (HC)<br><br>ORDER DIRECTING RESPONDENT TO SEND DUPLICATE COPIES<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE  (Doc. 25)<br><br>DEADLINE TO FILE TRAVERSE: March 12, 2009 |

On January 21, 2009, Petitioner filed a motion for an extension of time to file his traverse to Respondent's answer in this action. (Doc. 25).  In that motion, Petitioner also requested duplicate copies of papers that allegedly were confiscated and "evidently thrown away as trash" by correctional officers at the prison where he is incarcerated. The Court has considered Petitioner's motion, finds that good cause exists to grant it in part, and makes the following order:

1. Petitioner's motion for an extension of time to file a traverse (Doc. 25) is GRANTED;

2. No later than February 6, 2009, Respondent shall:

   A. Send Petitioner duplicate copies of Respondent's request for late filing and Respondent's answer to the petition for writ of habeas corpus (Docs. 20, 21), and the Court's order granting extension of time (Doc. 22); and

   B. File a proof of service indicating the date Petitioner was served with such duplicate copies; and

3. Petitioner shall have to and including March 12, 2009 to file a traverse.

IT IS SO ORDERED.

Dated: **January 23, 2009**                              /s/ Theresa A. Goldner
                                                UNITED STATES MAGISTRATE JUDGE